IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No: 5:14-CV-00290-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CLARENCE EVERETT BRIGGS III, individually, and as fiduciary for the CLARENCE EVERETT BRIGGS & VICKI LYNN BRIGGS IRREVOCABLE TRUST; <br><br> BRIGGS FAMILY INVESTMENTS, LLC, through its resident agent Clarence Everett Briggs III; <br><br> VICKI LYNN BRIGGS; <br><br> LISA A. BRIGGS; <br><br> OMNI NATIONAL BANK c/o FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC), <br><br> Defendant. | **ORDER** |

Having considered the Disclaimer of Interest and the Joint Motion to Dismiss, the record contained herein, and for good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Defendant Vicki Lynn Briggs, a/k/a Vicki Lynn Donaldson, is DISMISSED WITH PREJUDICE.

3. Defenses previously raised by Defendant Vicki Lynn Briggs, a/k/a Vicki Lynn Donaldson, in her Answer and Motion to Dismiss, *see* DE-9, are denied as moot.

4. Defendant Vicki Lynn Briggs, a/k/a Vicki Lynn Donaldson, shall not participate in this matter any further except as a third-party under the Federal Rules of Civil Procedure.

5. The parties agree that each party will bear its own costs and fees, including any attorney fees, associated with this action.

IT IS SO ORDERED.

DATED: 8-17-14

*Terence W. Boyle*
United States District Judge